Brian A. Knutsen, WSBA No. 38806　　　　　　　　　　The Honorable Marsha J. Pechman
Emma A. O. Bruden, WSBA No. 56280
KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 841-6515 (Knutsen)
　　　　　(503) 719-5641 (Bruden)
Email: brian@kampmeierknutsen.com
　　　　emma@kampmeierknutsen.com

*Attorneys for Plaintiff Columbia Riverkeeper*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLUMBIA RIVERKEEPER, a Washington non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAITE SPECIALTY MACHINE WORK, INC., a Washington corporation,<br><br>　　　　　Defendant. | Case No. 3:25-cv-05595-MJP<br><br>STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES AND **[PROPOSED]** ORDER<br><br>NOTE ON MOTIONS CALENDAR: August 14, 2025 |

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(j) and 10(g), Defendant and Plaintiff hereby respectfully move the Court to extend Defendant's time to respond to Plaintiff's complaint and the initial deadlines set by the Court, Dkt. 5, by approximately one month.

WHEREAS, Plaintiff served Defendant on July 28, 2025, making Defendant's deadline to file a responsive pleading August 18, 2025. Dkt. 4; Fed. R. Civ. P. 12(a)(1).

WHEREAS, this Court issued an initial scheduling order setting a deadline for the Parties' Federal Rule of Civil Procedure 26(f) conference of September 15, 2025, setting an initial disclosures deadline of September 23, 2025, and setting a joint status report deadline of September 30, 2025. Dkt. 5.

WHEREAS, good cause exists to extend the deadlines identified above because Plaintiff and Defendant intend to explore early settlement negotiations and seek time to attempt to settle the case while minimizing litigation costs.

WHEREAS, this stipulated motion is filed in good faith and not for the purposes of delay.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the Court's approval, that the deadlines identified above be extended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Defendant's Response to Complaint | August 18, 2025 | September 17, 2025 |
| FRCP 26(f) Conference | September 15, 2025 | October 15, 2025 |
| Initial Disclosures | September 23, 2025 | October 23, 2025 |
| Joint Status Report | September 30, 2025 | October 30, 2025 |

STIPULATED this 14th day of August 2025.

KAMPMEIER & KNUTSEN PLLC

By: s/ Emma A. O. Bruden
    Emma A. O. Bruden, WSBA No. 56280
Brian A. Knutsen, WSBA No. 38806
Kampmeier & Knutsen, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 841-6515
           (503) 719-5641
Email: brian@kampmeierknutsen.com
       emma@kampmeierknutsen.com

*Attorneys for Plaintiff Columbia Riverkeeper*

Longview Law Group, PLLC

By: s/ Meredith A. Long
    Meredith A. Long, WSB #48961
1447 3rd Avenue, Suite B
Longview, WA 98632
Telephone:   360-998-3030
Fax:         360-326-1816
Email:       meredith@longview-law.com

*Co-Counsel for Defendant Waite Specialty Machine Work, Inc.*

STIPULATED MOTION TO EXTEND
AND [PROPOSED] ORDER- 2
Case No. 3:25-cv-05595-MJP

KAMPMEIER & KNUTSEN PLLC
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
(503) 719-5641

1

**[PROPOSED] ORDER**

2

Having reviewed the stipulation above, the Court hereby extends the deadlines as

3

requested.

4

5

IT IS SO ORDERED.

6

Dated this 18th day of August, 2025.

7

8

_____

HONORABLE MARSHA J. PECHMAN

9

United States District Judge

STIPULATED MOTION TO EXTEND
AND **[PROPOSED]** ORDER- 3
Case No. 3:25-cv-05595-MJP

KAMPMEIER & KNUTSEN PLLC
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
(503) 719-5641