UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLUMBIA RIVERKEEPER,

Plaintiff,

v.

WAITE SPECIALTY MACHINE WORK INC.,

Defendant.

CASE NO. 3:25-cv-05595-TL

ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

This motion is before the Court on Defendant's Counsel's Motion for Withdrawal of Counsel. Dkt. No. 25. Having reviewed the Motion for Withdrawal of Counsel as well as Plaintiff's response (Dkt. No. 26), the Court hereby GRANTS the motion. However, a business entity "must be represented by counsel," and "th[e] failure to obtain a replacement attorney by the date the withdrawal is effective may result in . . . entry of default against the business entity." Local Civil Rule 83.2(b)(4); *see also United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam).

Accordingly, the Court ORDERS as follows:

ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL – 1

(1)    Attorney Meredith Long SHALL be permitted to withdraw as counsel for Defendant Waite Specialty Machine Work, Inc.

(2)    Defendant Waite Specialty Machine Work, Inc. SHALL have Stephen Peterson file a notice of appearance within **fourteen (14) days** of this Order or, if Defendant will retain new counsel, any new counsel SHALL file a notice of appearance within **thirty (30) days** of this Order.

Dated this 7th day of May, 2026.

Tana Lin
United States District Judge

ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL – 2